<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

**No. 16-6750**

FLOYD JOYNER, SR.,

        Plaintiff - Appellant,

    v.

SHERIFF DEPARTMENT, officer all in my yard,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:16-cv-00091-LO-JFA)

Submitted: September 29, 2016    Decided: October 4, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Floyd Joyner, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Joyner, Sr., appeals the district court's order denying his motions to amend his 42 U.S.C. § 1983 (2012) complaint and to reconsider the court's order dismissing his action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Joyner v. Sheriff Dep't, No. 1:16-cv-00091-LO-JFA (E.D. Va. filed Apr. 27, 2016 & entered Apr. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2